**Jerry JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 56078.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 25, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 22, 1989.

Application to Transfer Denied
Nov. 14, 1989.

Lucy Liggett, Asst. Public Defender, Clayton, for appellant.

William, L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Jerry Jones, appeals from the denial of his Rule 29.15 motion without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. *Day v. State*, 770 S.W.2d 692, 695 (Mo. banc 1989). An extended opinion would serve no jurisprudential purpose. We affirm. Rule 84.16(b).

**Donald V. MOORE, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 56079.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 25, 1989.

Michael Hardcastle, St. Louis, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

This is an appeal from the trial court's judgment denying a Rule 24.035 motion without an evidentiary hearing. The trial court's judgment is based on findings of fact that are not clearly erroneous. No error of law appears.

An opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).